UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREAT LAKES INSURANCE SE, AS ASSIGNEE AND SUBROGEE OF ITS INSUREDS, STEPHEN ELIAS AND PAMELA ELIAS,

    Plaintiffs,

v.   Case No. 2:21-CV-542-JLB-NPM

MASTIQUE II CONDOMINIUM ASSOCIATION, INC., A FLORIDA NOT-FOR-PROFIT CORPORATION; AND P & M PROPERTY SERVICES, INC., A FLORIDA CORPO,

    Defendants.
_____

### Uniform Case Management Report

    The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1. **Date and Attendees**

> The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on 9/22/2021. David B. Levin and E. Taylor George attended the conference.

2. **Deadlines and Dates**

The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 11/5/2021 |

| | |
|---|---|
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a).<br><br>**In consideration of the pending Motion to Dismiss and Response, and the potential need to amend the Complaint depending on the Court's ruling, the parties have proposed a date about 3 months after the Rule 26(f) conference as opposed to the 1 to 2 months recommended in the Court's guidelines. | 12/31/2021 |
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | 6/24/2022 |
| Defendant's deadline for disclosing any expert report. | 7/29/2022 |
| Deadline for disclosing any rebuttal expert report. | 8/26/2022 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 9/30/2022 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | NA |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 11/11/2022 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br><br>Robert Heath, (850) 466-3888, 423 N. Baylen Street, Pensacola, FL. | 10/21/2022 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 3/31/2023 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 4/14/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 4/28/2023 |
| Month and year of the trial term. | 5/1/2023 |

The trial will last approximately 2 to 3 days and be

☒  jury.

☐  non-jury.

2

3. **Description of the Action**

The parties agree that this dispute involves Great Lakes' claims for subrogation against Defendants to the extent of Great Lakes' payments arising from its Insureds' loss which is the basis of this suit. Great Lakes alleges that it accepted coverage and issued payment for $88,000 pursuant to the insurance policy it issued to its Insureds, Stephen and Pamela Elias, with the terms of the payment and Policy including that Great Lakes was subrogated to and assigned the rights of its Insureds and entitled to pursue damages with respect to any and all claims they had against the Defendants concerning the loss, as the Defendants were the owner and property manager of the subject building and responsible for the damage to the Property. Great Lakes brings four counts premised on breach of the condominium declarations, negligence, and vicarious liability.

Defendants have filed a motion to dismiss for lack of subject matter jurisdiction in lieu of an Answer.

4. **Disclosure Statement**

☒ Plaintiff has filed its disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03. Defendant's disclosure statement is pending and will be filed by October 1, 2021.

5. **Related Action**

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
>
> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason

> can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

☐ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☒ The parties do request a preliminary pretrial conference, and the parties want to discuss whether discovery and other actions in the case should be stayed pending resolution of this Court's subject matter jurisdiction.

8. **Discovery Practice**

> The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

    The parties submit the following discovery plan under Rule 26(f)(2):

    A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

        ☒ Yes.
        ☐ No; instead, the parties agree to these changes: enter changes.

    B. Discovery may be needed on these subjects: The facts and circumstances outlined in Plaintiff's Complaint. Discovery will include all discovery permitted under the applicable rules and will include, but not be limited to, depositions of fact witnesses and expert witnesses as well as possible document requests from third parties.

C. Discovery should be conducted in phases:

☒ No.
☐ Yes; describe the suggested phases.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

☒ No.
☐ Yes; describe the issue(s).

E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒ No.
☐ Yes; describe the stipulation.

## 10. Request for Special Handling

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

| | |
|---|---|
| */s/E. Taylor George* | /s/*David B. Levin* |
| E. Taylor George | David B. Levin |
| Defendants | Plaintiff |
| 9/22/2021 | 9/22/2021 |